IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | 1:21-CR-00225(1)-LY |
| v. § | |
| § | |
| (1) JACE DEAN MCMEANS § | |

### ORDER

Before the Court is the U.S. Pretrial Services Office's Petition for Action on Conditions of Pretrial Release, filed November 19, 2021, Dkt. 28. The Petition alleges that Defendant absconded from pretrial supervision, in violation of Condition (7)(a) of his release: The defendant must submit supervision by and report for supervision to the Pretrial Services Office. *Id.* Defendant waived a bond revocation hearing on February 3, 2022. Dkt. 34.

Accordingly, pursuant to 18 U.S.C. § 3148, it is **ORDERED** that Defendant's release on conditions is **REVOKED**, and he is **HEREBY DETAINED** pending further proceedings.

### Directions Regarding Detention

Defendant is remanded to the custody of the Attorney General or his designated representative and confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the

1

corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SIGNED** on February 3, 2022.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE